Argued and submitted December 21, 1995, remanded in part with instructions; otherwise affirmed January 17, 1996

STATE OF OREGON,
*Respondent,*

*v.*

SERGIO RIVAS-MIRANDA,
aka Rigo J. Mondrieta,
aka Daniel Alverado-Alas,
aka Sergio Rivasmiranda,
aka Daniel Alvaradoalaz,
aka Sergio Rivas Miranda,
*Appellant.*

(9404-32721; CA A86563)

909 P2d 902

James N. Varner, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Kaye E. Sunderland, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Remanded for entry of corrected judgment imposing a 24-month period of post-prison supervision; otherwise affirmed. *State v. Macon,* 138 Or App 515, 909 P2d 901 (1996).